# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-50637
consolidated with
No. 22-50645
_____

United States of America,

*Plaintiff—Appellee,*

versus

Armando Diego-Mateo,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-100-1
USDC No. 4:22-CR-102-1

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeals are dismissed as of October 28, 2022, pursuant to appellant's motion.

No. 22-50637
c/w No. 22-50645

                  LYLE W. CAYCE
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

By: _____
      Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 28, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 28, 2022

Mr. Philip Devlin  
Western District of Texas, Pecos  
United States District Court  
410 S. Cedar Street  
U. S. Post Office & Courthouse  
Room 203  
Pecos, TX 79772-0000

    No. 22-50637   USA v. Diego-Mateo  
                         USDC No. 4:22-CR-100-1  
                         USDC No. 4:22-CR-102-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Melissa B. Courseault, Deputy Clerk  
                            504-310-7701

cc w/encl:  
    Ms. Maureen Scott Franco  
    Mr. Joseph H. Gay Jr.  
    Ms. Kristin Michelle Kimmelman